# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-395-KJD-(GWF) |
| Plaintiff, | ) | |
| v. | ) | Amended Final Order of Forfeiture |
| EDWARD LIU, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 1029(c)(1)(C); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(B) based upon the plea of guilty by defendant Edward Liu to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Edward Liu pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 32; Plea Agreement, ECF No. 34; Amended Preliminary Order of Forfeiture, ECF No. 37.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 12, 2014, through August 10, 2014, and from April 20, 2017, through

///

May 19, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 38 and 53.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 52; Notice of Filing Service of Process – Personal Service, ECF No. 54; and Notice of Filing Supplemental Service of Process – Mailing, ECF No. 55.

On April 17, 2017, the United States Attorney's Office served Miguel Marrero, American Eagle Federal Credit Union, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Dean Marchessault, President, American Eagle Federal Credit Union, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Christi Holley, American Express, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 18, 2017, the United States Attorney's Office served Kenneth L. Chennault, Chairman and CEO, American Express, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served CT Corporation System, Registered Agent, American Express, with copies of the Amended Preliminary Order of

///

Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 18, 2017, the United States Attorney's Office served Barclay's Bank of Delaware, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 18, 2017, the United States Attorney's Office served James Stewart, President, Barclay's Bank of Delaware, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 18, 2017, the United States Attorney's Office served Registered Agent, Barclay's Bank of Delaware, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Fraud Recovery, JP Morgan Chase, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 18, 2017, the United States Attorney's Office served James Dimon, Chairman, President and CEO, JP Morgan Chase, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On May 2, 2017, the United States Attorney's Office served CT Corporation System, Registered Agent, JP Morgan Chase, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 21, 2017, the United States Attorney's Office served Thomas G. Middleton, President, Citibank, N.A., with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Legal Services Intake, Citibank, N.A., with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Bryan Durand, Citizens Bank National Association, fka Citizens Bank of Rhode Island, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served President, Citizens Bank National Association, fka Citizens Bank of Rhode Island, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Brendan Halligan, Registered Agent, Citizens Bank National Association, fka Citizens Bank of Rhode Island, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 18, 2017, the United States Attorney's Office served Deb Bolyard, Restitution, Discover, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

/ / /

On April 17, 2017, the United States Attorney's Office served Thomas R. Butler, President, Discover, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 18, 2017, the United States Attorney's Office served CT Corporation System, Registered Agent, Discover, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Suzanne Murphy, Fraud Recovery, Dutch Point Federal Credit Union, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Francis Proto, President and CEO, Dutch Point Federal Credit Union, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Collette Giarrantano, Director of Operations, Dutch Point Federal Credit Union, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Michael Williamson, Greater Hartford Police Federal Credit Union, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Paul Cicero, President, Greater Hartford Police Federal Credit Union, with copies of the Amended Preliminary Order of

1  Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice
2  of Filing Service of Process – Mailing, ECF No. 52.
3        On April 17, 2017, the United States Attorney's Office served Loss Prevention, Lansing
4  Automakers Federal Credit Union, with copies of the Amended Preliminary Order of Forfeiture
5  and the Notice through regular mail and certified mail return receipt requested. Notice of Filing
6  Service of Process – Mailing, ECF No. 52.
7        On April 17, 2017, the United States Attorney's Office served Patrick Spyke, President
8  and CEO, Lansing Automakers Federal Credit Union, with copies of the Amended Preliminary
9  Order of Forfeiture and the Notice through regular mail and certified mail return receipt
10 requested. Notice of Filing Service of Process – Mailing, ECF No. 52.
11       On April 17, 2017, the United States Attorney's Office served Robin Fujio, Liberty Bank,
12 with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail
13 and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF
14 No. 52.
15       On April 17, 2017, the United States Attorney's Office served Chandler Howard,
16 President, Liberty Bank, with copies of the Amended Preliminary Order of Forfeiture and the
17 Notice through regular mail and certified mail return receipt requested. Notice of Filing Service
18 of Process – Mailing, ECF No. 52.
19       On April 17, 2017, the United States Attorney's Office served Compliance Department,
20 Nutmeg State Financial Credit Union, fka Nutmeg State Federal Credit Union, with copies of the
21 Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail
22 return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.
23       On April 17, 2017, the United States Attorney's Office served John Holtz, President,
24 Nutmeg State Financial Credit Union, fka Nutmeg State Federal Credit Union, with copies of the
25 Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail
26 return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Joseph Bennett, Santander Bank, fka Sovereign Bank, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Scott Powell, President and CEO, Santander Bank, fka Sovereign Bank, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 18, 2017, the United States Attorney's Office served CT Corporation System, Registered Agent, Santander Bank, fka Sovereign Bank, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Corporate Security Admin, TD Bank, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 18, 2017, the United States Attorney's Office served Bharat B. Masrani, President and CEO, TD Bank, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Lydia C. Boose, Registered Agent, TD Bank, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Matt Miller, Vantiv, fka Fifth Third Processing Solutions, with copies of the Amended Preliminary Order of Forfeiture

and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Charles Drucker, President, Vantiv, fka Fifth Third Processing Solutions, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Corporation Service Company, Registered Agent, Vantiv, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 17, 2017, the United States Attorney's Office served Webster Bank, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 19, 2017, the United States Attorney's Office served Brian Moynihan, President and CEO, Bank of America, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 20, 2017, the United States Attorney's Office served CT Corporation System, Registered Agent, Bank of America, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On April 28, 2017, the United States Attorney's Office served John Ciulla, Office of the President, Webster Bank, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 52.

On June 6, 2017, the United States Secret Service personally served Lisa Shields, Bank of America, with copies of the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 54.

On June 13, 2017, the United States Attorney's Office served Catherine Reinecke, Citibank Legal Service Intake Unit, with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 55.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America:

1) Sony PlayStation 3, 120 Gigabyte (GB), Serial Number (S/N): CG165023869;

2) Sony PlayStation 3, 120 GB, S/N: CG158769194;

3) Sony PlayStation 3, 120 GB, S/N: CG160257818;

4) Sony PlayStation 3, 120 GB, S/N: CG160034181;

5) Sony PlayStation 3, 120 GB, S/N: CG216734454;

6) Sony PlayStation 3, 120 GB, S/N: CG157528747;

7) Sony PlayStation 3, 120 GB, S/N: CG160299009;

8) Sony Play Station Portable (PSP), S/N: 01-27400751-0579771PSP1000;

9) Sony PSP, S/N: AB017856225-PSP2001;

10) Sony Play Station Portable (PSP) video game: Monster Hunter;

11) Sony PSP video game: Prince of Persia;

12) Sony PSP video game: Need for Speed;

13) Sony PSP video game: Grand Theft Vice City Stories;

14) Nintendo DS, S/N: TW711253641;

15) Nintendo DS, S/N: TW710312509;

16) Nintendo DS, S/N: TW413449991;

17) Nintendo DS, S/N: TW710367547;

18) Nintendo DS, S/N: TW418728732;

19) Nintendo DS, S/N: TW711197907;

20) Nintendo DS, S/N: TW707877486;

21) Nintendo DS, S/N: TW415856018;

22) Nintendo DS, S/N: TW711256888;

23) Apple IPOD Touch, 64 GB, S/N: 9C937ACA6K4;

24) Apple IPOD Touch, 64 GB, S/N: 9C9376MG6K4

25) Apple IPOD Touch, 64 GB, S/N: 9C9372TN6K4;

26) Apple IPOD Touch, 64 GB, S/N: 9C93721W6K4;

27) Apple IPOD Touch, 64 GB, S/N: 9C9375QV6K4;

28) Apple IPOD Touch, 64 GB, S/N: 9C936SJR6K4;

29) Apple IPOD Touch, 64 GB, S/N: 9C9378A46K4;

30) Apple IPOD Touch, 64 GB, S/N: 9C936QPC6K4;

31) Apple IPOD Touch, 64 GB, S/N: 9C936XJK6K4;

32) Apple IPOD Touch, 64 GB, S/N: 9C936T5Y6K4;

33) Apple IPOD Touch, 64 GB, S/N: 9C937F816K4;

34) Apple IPOD Touch, 64 GB, S/N: 9C936Q3V6K4;

35) Apple IPOD Touch, 32 GB, S/N: 1B936PUW6K2;

36) Apple IPOD Touch, 32 GB, S/N: 1A937FMD6K2;

37) Apple IPOD Touch, 32 GB, S/N: 1C9379NT6K2;

38) Apple IPOD Touch, 32 GB, S/N: 1A937XT56K2;

  39) Black handheld skimming device with no identifying numbers;

  40) HP Notebook Laptop computer, Serial Number: 2CE6450071;

  41) $6,830.00 in United States Currency; and

  42) $2,200.00 in United States Currency.

(all of which constitutes property); and

  that the United States recover from Edward Liu the in personam criminal forfeiture money judgment of $93,533.70, and that the property will be applied toward the payment of the money judgment; and

  the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 1029(c)(1)(C); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); and Title 21, United States Code, Section 853(n)(7) and 853(p); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

  DATED this 28th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

11

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on July 24, 2017.

/s/ Mary Stolz
MARY STOLZ
FSA Paralegal